UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14044-CR-MARTINEZ/LYNCH(s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ILAN REYES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 15, 2010. A Report and Recommendation was filed on October 19, 2010, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Superseding Information which charges the Defendant with accessory after the fact to mail fraud, in violation of Title 18, United States Code, Section 3.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of November, 2010.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office